IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 4:10-598 |
| vs. | |
| JASON  JOHN  LUSS | **ORDER**<br>**(Dismissing Indictment)** |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Indictment, Criminal Number 4:10-598, filed May 26, 2010, against the Defendant, JASON JOHN LUSS, be and the same is hereby dismissed without prejudice.

_____
TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

Florence, S.C.
January  7  , 2011